

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2018

No. 04-17-00312-CR

Saturnino **GUTIERREZ JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0462-CR-A
Honorable William Old, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on January 19, 2018. *See* Tex. R. App. P. 38.6(a). After the brief was due, Appellant filed a second motion for a thirty-day extension of time to file the brief.

Appellant's motion is GRANTED; the brief is due on February 20, 2018. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2018.

_____
Keith E. Hottle
Clerk of Court